| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 3:19-md-2885 |
| | § | Judge M. Casey Rodgers |
| This Document Relates To: DUSTIN COURTNEY Docket No. 7:20-cv-03025 | § | Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, DUSTIN COURTNEY, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, District of Minnesota, absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: 5/2/2022           Respectfully submitted,

*/s/ Katherine L. Cornell*
Katherine L. Cornell
(Admitted Pro Hac Vice)
Texas State Bar No. 24082858
Pulaski Law Firm, PLLC
2925 Richmond Ave., Ste 1725
Houston, TX 77098
F: 713 664-4551
E: kcornell@pulaskilawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 5/2/2022, I caused the foregoing Notice of Designated Forum to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.


*/s/ Katherine L. Cornell*
Katherine L. Cornell